# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TSAMOTA CERTIFICATION LIMITED,<br><br>                Plaintiff,<br>v.<br><br>ANSI ASQ NATIONAL ACCREDITATION BOARD LLC,<br><br>                Defendant. | Case No. 17-CV-839-JPS<br><br><br>**ORDER** |

On February 21, 2018, Plaintiff filed an unopposed motion to "modify the deadlines for disclosure of liability experts and rebuttal liability experts." (Docket #14). The parties had agreed to such deadlines in their Rule 26(f) report. (Docket #7). The Court's trial scheduling order, however, contains no such deadlines. (Docket #9). As the Court explained at the September 27, 2017 scheduling conference, there are only a few dates that are of moment to the Court. The parties are free to agree upon any other deadlines they wish. This is particularly evident here, given the unopposed nature of the instant motion. Because the Court leaves such matters to the good offices of the parties and their counsel, the motion will be denied.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to modify deadlines (Docket #14) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge